# ATTACHMENT REGARDING AMENDED SCHEDULE E/F

SCHEDULE E / F is amended to **include**:

| | |
|---|---|
| State of Michigan<br>Michigan Department of Treasury<br>Lansing MI State 48922 | $10,126.05<br>(priority unsecured claim) |
| DTE Energy<br>PO Box 740786<br>Cincinnati, OH 45274 | $5,698.06<br>(nonpriority unsecured claim) |

An amended matrix of creditors has been filed by my counsel.

Dated: October 5, 2021

                                                Myrick James Jackson

## Certificate of Service

I, Anthony M. Vassallo, am an attorney duly admitted to practice before the courts of the State of New York and the Southern and Eastern Districts of New York.

On October 6, 2021, I caused to be served a copy of (i) the debtor's voluntary petition, (ii) Amended Schedule E/F, and (iii) Affidavit pursuant to Local Rule 1009-1(a) by first-class mail upon: (a) the Office of the United Atates Trustee, (b) the chapter 7 trustee, the creditors affected by the amendment: (i) State of Michigan State of Michigan, Michigan Department of Treasury, Lansing MI State 48922, and (ii) DTE Energy, PO Box 740786, Cincinnati, OH 45274.

I certify under penalties of perjury that the foregoing is true and correct.

Dated: Brooklyn, NY
October 6, 2021

/s/Anthony M. Vassallo
Anthony M. Vassallo, Esq
305 Fifth Avenue
Brooklyn, NY 11215
(917) 862-1936